NANCY E. PRITIKIN, Bar No. 102392
KURT R. BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8490
nepritikin@littler.com
kbockes@littler.com

Attorneys for Defendants
HARTFORD FIRE INSURANCE COMPANY,
WOODBURY FINANCIAL SERVICES, INC.,
AND WILLIAM FEILER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAI MIKS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation form unknown; WOODBURY FINANCIAL SERVICES, a corporation form unknown; DIVERSIFIED FINANCIAL CONCEPTS, INC., a corporation form unknown; WILLIAM FEILER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C11-02982-CRB<br><br>**STIPULATION OF DISMISSAL OF FOURTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, through their designated counsel, stipulate to the dismissal of Plaintiff's Fourth Cause of Action for Intentional Infliction of Emotional Distress, with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Loyst P. Fletcher
LOYST P. FLETCHER
LAW OFFICES OF LOYST P. FLETCHER
Attorneys for Plaintiff WAI MIKS

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL | Case No. C11-02982-CRB

1
2
3 DATED: January 3, 2012                    /s/ Kurt R. Bockes
                                            KURT R. BOCKES
4                                           LITTLER MENDELSON
                                            Attorneys for Defendants
5                                           HARTFORD FIRE INSURANCE
                                            COMPANY,
6                                           WOODBURY FINANCIAL
                                            SERVICES, INC.,
7                                           AND WILLIAM FEILER
8
9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
10
11 DATED: January 6, 2012

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

14 Firmwide:105606868.1 016869.2025

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL    2.    Case No. C11-02982-CRB