LAW OFFICES OF LOYST P. FLETCHER
LOYST P. FLETCHER, SBN# 175539
500 S. Grand, Nineteenth Floor
Los Angeles, California 90071
Phone:   (213) 683-5210
Fax:       (213) 683-7795
loyst@lpfletcherlaw.com

Attorneys for Plaintiff:
WAI MIKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAI MIKS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation form unknown; WOODBURY FINANCIAL SERVICES, a corporation form unknown; DIVERSIFIED FINANCIAL CONCEPTS, INC. a corporation form unknown; WILLIAM FEILER, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. C11-02982-CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Charles R. Breyer |

4/WM001PLD                                                                    STIPULATED DISMISSAL

1    Pursuant to agreement and stipulation between the parties to the above-entitled lawsuit,

2  the above action (including all claims in the complaint therein), are hereby dismissed with

3  prejudice.

4

5  Dated: January 24, 2012

6

7  _LOYST P. FLETCHER_

8  LOYST P. FLETCHER
   LAW OFFICES OF LOYST P. FLETCHER

9  Attorneys for Plaintiff,
   WAI MIKS

10

11  Dated: January 26, 2012

12

13  _KURT R. BOCKES_

14  KURT R. BOCKES
    LITTLER MENDELSON

15  A Professional Corporation
    Attorney for Defendants

16  HARTFORD FIRE INSURANCE COMPANY,
    WOODBURY FINANCIAL SERVICES, INC.,

17  AND WILLIAM FEILER

18  IT IS SO ORDERED:

19  Dated: _February 14, 2012_____

20  HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2